# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

STEVEN MOORE

PLAINTIFF(S)

v.

COUNTY OF LOS ANGELES , et al.

DEFENDANT(S).

CASE NUMBER:

2:20–cv–07751–MWF–AGR

**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING**

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed          Doc. No.          Title of Doc.

**ERROR(S) WITH DOCUMENT:**

The Civil Cover Sheet (CV–71) is missing or incomplete. All civil actions presented for filing must be accompanied by a completed Civil Cover Sheet. See Local Rule 3–1. Counsel must file a completed Civil Cover Sheet immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7.

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1–1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7.

*Other Error(s):*

Clerk, U.S. District Court

– NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING –

Dated: _August 26, 2020_                     By: _/s/ Estrella Tamayo  Estrella_Liberato@cacd.uscourts.gov_
                                                              Deputy Clerk