AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* <br> v. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                        Law Office of Jovan Blacknell
                        200 Corporate Pointe, suite 495
                        Culver City, CA 90230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                *CLERK OF COURT*

Date: _____

                                                             *Signature of Clerk or Deputy Clerk*

**LAW OFFICE OF J. BLACKNELL**
**JOVAN BLACKNELL (SBN 237162)**
200 Corporate Pointe, Suite 495
Culver City, CA 90230
T.: 310.469.9117; F.: 310.388.3765

Attorney for Plaintiff,
**STEVEN MOORE**

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STEVEN MOORE, | **COMPLAINT FOR DAMAGES** |
|---|---|
| **Plaintiff**, vs. | (1) Violation of Civil Rights (42 U.S.C. §1983)(*5th, 8th and 14th Amendments – Cruel and Unusual Punishment*) |
| COUNTY OF LOS ANGELES; DEPUTY MEDINA, individually and in his official capacity; DEPUTY ROE, individually and in his official capacity; DEPUTY CERVANTES, individually and in his official capacity; DEPUTY JUAREZ, individually and in his official capacity; OSJ ENFORCEMENT DEPUTY GORMAN, individually and in his official capacity; DOES 1 through 100, inclusive, | (2) Violation of Civil Rights (42 U.S.C. §1983)(*4th, 8th, and 14th Amendment – Right to Intervention Against Unlawful Violence*) |
| | (3) Negligence |
| | (4) Negligence Res Ipsa Loquitur |
| | (5) Battery |
| | (6) Intentional Infliction of Emotional Distress |
| **Defendants.** | (7) Interference with Constitutional Rights (*Bane Act: California Civil Code §52.1*) |
| | **DEMAND FOR JURY TRIAL** |

Plaintiff STEVEN MOORE alleges on information and belief as follows:

COMPLAINT FOR DAMAGES

1