UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    2:20-cv-07751-MWF-AGR                                    Dated: January 28, 2022

Title:    Steven Moore v. County of Los Angeles et al

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None Present | None Present |

PROCEEDINGS (IN CHAMBERS):    COURT ORDER

In light of the Notice of Settlement filed January 27, 2022, the Court sets a hearing on Order To Show Cause Re Dismissal for March 28, 2022 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

IT IS SO ORDERED.