JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MOORE,<br><br>        Plaintiff,<br><br>    vs.<br><br>COUNTY OF LOS ANGELES;<br>DEPUTY MEDINA, individually and<br>in his official capacity; DEPUTY ROE,<br>individually and in his official capacity<br>DEPUTY CERVANTES, individually<br>and in his official capacity; OSJ<br>ENFORCEMENT DEPUTY<br>GORMAN, individually and in his<br>official capacity; DOES 1 through 100,<br>inclusive,<br><br>        Defendants. | Case No: CV 20-07751-MWF (AGRx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1) |

IT IS HEREBY ORDERED, following stipulation of counsel, that the above-entitled action is dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).  All parties to bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated:  September 9, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge

- 1 -
ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE